UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RANDY BUNNELL,<br><br>　　　　　　　Defendant. | Case No. 2:17-cr-00172-JAD-CWH<br><br>**ORDER**<br><br>(Emrg. Mot. Release – ECF No. 23) |
|---|---|

This matter is before the court on Defendant Randy Bunnell's Emergency Motion to Consider Release in Order to Attend Memorial Services (ECF No. 23), filed October 12, 2017. This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. The court has considered the Motion.

A federal grand jury returned an Indictment (ECF No. 1) on June 7, 2017, charging Mr. Bunnell with one-count of Felon in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2). On June 15, 2017, the court held a detention hearing during which the government moved for detention. Mins. of Proceedings (ECF No. 7). Mr. Bunnell declined to interview with Pretrial Services and defense counsel submitted the matter without argument. *Id*. He was detained pending trial as a danger to the community and a risk of flight for reasons set forth at the hearing and in the court's written order. Order of Detention (ECF No. 14). Thus, he is currently incarcerated and awaiting trial.

Mr. Bunnell's Motion requests permission to attend a memorial service for his grandfather, Haydi Kajafina, who passed away September 27, 2017, which is scheduled for October 16, 2017, in Lake Forest, California. He asks for transportation from the detention facility in Pahrump to the courthouse in Las Vegas where he can be released to the custody of his father who is willing to act as a third party custodian.

1 | The court empathizes with Mr. Bunnell's profound loss and natural desire to attend the memorial service. However, having found that there are no conditions or combination of conditions that will reasonably assure the safety of the community or his appearance as required if he is released, the court will not release him to attend the service. The court offers heartfelt condolences to Mr. Bunnell for the loss of his grandfather.

Accordingly,

**IT IS ORDERED:** Defendant Randy Bunnell's Emergency Motion to Consider Release in Order to Attend Memorial Services (ECF No. 23) is **DENIED**.

Dated this 13th day of October, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE