RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Randy Bunnell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00172-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| RANDY BUNNELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Randy Bunnell, that the Sentencing Hearing currently scheduled on August 20, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Bunnell, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1     This is the first stipulation to continue filed herein.

2     DATED this 10th day of August, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00172-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| RANDY BUNNELL, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 20, 2018 at 11:00 a.m., be vacated and continued to October 2, 2018, at the hour of 11:00 a.m.

DATED this 10th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE