# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RANDY BUNNELL, <br> Defendant. | Case No. 2:17-cr-00172-JAD-CWH <br> **ORDER** <br> ECF No. 40 |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, October 2, 2018 at 11:00 a.m., be vacated and continued to January 7, 2019, at the hour of 11:00 a.m.

DATED this 20th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE