# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RANDY BUNNELL, <br>     Defendant. | Case No. 2:17-cr-00172-JAD-CWH <br> **ORDER** <br><br> ECF No. 59 |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 2, 2023 at 2:00 p.m., be vacated and continued to October 30, 2023, at 2:00 p.m.

    DATED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE