UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDY BUNNELL,<br><br>　　　　Defendant. | Case No. 2:17-cr-00172-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 80 |

　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for February 28, 2024 at 10:00 a.m., be vacated and continued to March 11, 2024, at 2:30 p.m.

　　DATED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE