UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY BUNNELL,<br><br>    Defendant. | Case No. 2:17-cr-00172-JAD-CWH-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 13, 2024 at 9:00 a.m., be vacated and continued to December 19, 2024 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 31st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE